**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHELEH AZIMA, derivatively on behalf of BEYOND MEAT, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>ETHAN BROWN, et al.,<br><br>      Defendants. | Case No. CV 26-1525 FMO (PVCx)<br>Case No. CV 26-5180 FMO (PVCx)<br><br><br><br>**ORDER RE: CONSOLIDATION** |

Having reviewed the Stipulation Consolidating Related Derivative Actions and Appointing Counsel (Dkt. 20, "Stipulation"), filed in this action, Maheleh Azima v. Ethan Brown, et al., CV 26-1525 FMO (PVCx) ("Azima"), by which the plaintiffs in Azima and Brian Davis v. Ethan Brown, et al., CV 26-5180 FMO (PVCx) ("Davis"), agreed to consolidation of the actions, and to a stay of proceedings, IT IS ORDERED THAT:

1. The Stipulation **(Document No. 20)** is **granted** as set forth in this Order.

2. Azima, CV 26-1525 FMO (PVCx) and Davis, CV 26-5180 FMO (PVCx) are hereby **consolidated**. The Clerk shall consolidate these actions such that the earlier filed action, Azima, CV 26-1525 FMO (PVCx), is the lead case. All future filings shall be filed in Azima, CV 26-1525 FMO (PVCx) until further notice from the court. The case caption shall read: IN RE BEYOND MEAT, INC. STOCKHOLDER DERIVATIVE LITIGATION, with the assigned Case No. CV 26-1525 FMO (PVCx).

3. If a Related Action is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, Co-Lead Counsel shall promptly call to the

attention of the Clerk of the Court the filing or transfer of any case, which might properly be consolidated as part of In re Beyond Meat, Inc. Stockholder Derivative Litigation, Case No. CV 26-1525 FMO (PVCx).  Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all Related Actions.

4.  The court appoints The Brown Law Firm, P.C. and Levi & Korsinsky, LLP as co-lead counsel.

5.  Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Derivative Action and to avoid duplicative or unproductive effort.

6.  Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pretrial or trial proceedings shall be initiated or filed by any plaintiff except through Co-Lead Counsel.

7.  Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

8.  The terms of the Stipulated Stay (Dkt. 19, Court's Order of June 1, 2026) shall apply to the Consolidated Action.  The Clerk shall administratively close Davis, CV 26-5180 FMO (PVCx).

Dated this 10th day of June, 2026.

/s/
Fernando M. Olguin
United States District Judge

2