Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@gmail.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE BEYOND MEAT, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:26-cv-01525-FMO-PVC<br><br>(Consolidated with Case No. 2:26-cv-05180-FMO-PVC)<br><br>NOTICE OF RELATED CASE |
|---|---|

TO THE CLERK OF COURT AND ALL PARTIES:

Plaintiffs' Co-Lead Counsel enter this Notice to direct the Court's and the Clerk's attention to a recently-filed shareholder derivative action in this Court, captioned *Perrow v. Brown, et al.*, Case No. 2:26-cv-06086 (C.D. Cal.) (the "*Perrow* Action"). The *Perrow* Action alleges substantially similar claims against similar defendants and is based on substantially similar facts as alleged in the above-captioned consolidated derivative action (the "Consolidated Derivative Action").

On June 10, 2026, this Court entered an Order consolidating two related actions to form this Consolidated Derivative Action (the "Consolidation Order"). *See* Dkt. No. 21. Paragraph 3 of the Consolidation Order states that, "[u]nless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated

Derivative Action shall apply to all Related Actions." *Id*.

The Consolidation Order also directs Co-Lead Counsel to call to the attention of the Clerk of the Court the filing of the *Perrow* Action. *See id*. ("If a Related Action is hereafter filed in this Court…Co-Lead Counsel shall promptly call to the attention of the Clerk of the Court the filing [] of any case, which might properly be consolidated as part of [the Consolidated Derivative Action].").

The Consolidation Order was brought to the attention of the undersigned counsel for plaintiff in the *Perrow* Action, who does not object to the consolidation of the *Perrow* Action with and into the above-captioned Consolidated Derivative Action.

Dated: July 2, 2026                    Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

/s/ *Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@gmail.com

Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Daniel Tepper
Correy A. Suk
33 Whitehall Street, 27th Floor
New York, NY 10004

NOTICE OF RELATED CASE AND ORDER DIRECTING CONSOLIDATION

Telephone: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com
Email: dtepper@zlk.com
Email: csuk@zlk.com

*Co-Lead Counsel for Plaintiffs*

3
NOTICE OF RELATED CASE AND ORDER DIRECTING CONSOLIDATION

Dated: July 2, 2026              Respectfully submitted,

                                 **EDELSON LECHTZIN LLP**

                                 /s/ *Eric Lechtzin*
                                 Eric Lechtzin (SBN 248958)
                                 elechtzin@edelson-law.com
                                 411 S. State Street, Suite N-300
                                 Newtown, PA 18940
                                 Telephone: (215) 867-2399
                                 Phone: 215-867-2399
                                 Facsimile: (949) 340-3000

                                 *Counsel for Plaintiff Perrow*

4

NOTICE OF RELATED CASE AND ORDER DIRECTING CONSOLIDATION